Joe SMITH v. STATE. (No. 10006.) (Court of Criminal Appeals of Texas. Jan. 27, 1926.) Appeal from Criminal District Court, Dallas County; Felix D. Robertson, Judge. Chaney & Dailey, of Dallas, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

MORROW, P. J. The offense is the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of two years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

---

**2**

Ed JACKSON v. STATE. (No. 9860.) (Court of Criminal Appeals of Texas. Nov. 4, 1925.) Appeal from District Court, Coleman County; J. O. Woodward, Judge. Scott Snodgrass, of Coleman, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

LATTIMORE, J. This appeal was taken from a conviction in the district court of Coleman county for the offense of murder, with punishment fixed at 50 years in the penitentiary. There appears in the record a sworn request of appellant asking that his appeal be dismissed. In compliance therewith it is ordered that the appeal be and the same is hereby dismissed.

END OF CASES IN VOL. 279

*